IN THE UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

IN RE:     ESTELL WILLIAMS,                                   CASE NO. 4:18-BK-72419
                DEBTOR(S)                                                         CHAPTER 13

CITIBANK, N.A., NOT IN ITS INDIVIDUAL
CAPACITY, BUT SOLELY AS TRUSTEE OF NRZ
PASS-THROUGH TRUST VI                                        MOVANT

VS.

ESTELL WILLIAMS, Debtor(s);
and JACK W. GOODING, Trustee                                 RESPONDENTS

## OBJECTION TO CONFIRMATION

       Comes now Citibank, N.A., not in its individual capacity, but solely as trustee of NRZ Pass-Through Trust VI, a secured creditor of the above named Debtor(s), and a party in these proceedings, (hereinafter "Movant"), by and through its attorneys, Wilson & Associates, P.L.L.C., and for its Objection to Confirmation of the Chapter 13 plan proposed herein by the Debtor(s), Estell Williams, states:

       1.      Movant is the servicer of a promissory note, which is secured by a Mortgage covering the property, commonly known as 3805 Hempstead County Road 2, Hope, AR 71801.

       2.      Pursuant to 11 U.S.C. §1324, Movant objects to said Chapter 13 plan because the Debtor's plan provides for arrearages of $5,500.00. However, the arrearages in the Proof of Claim, are in amount of $9,504.06, pending approval. Debtor should modify their plan to provide for the correct arrearage and the ongoing payment to be paid through the Trustee's office.

       3.      Therefore, the plan does not meet all of the requirements for confirmation.

       4.      Lastly, Movant requests its attorney's fees for this action in the sum of $500.00.

WHEREFORE, Movant objects to confirmation of the Chapter 13 plan proposed herein by the Debtor(s), and prays that this Court deny such confirmation, for its attorney's fees herein and for all other just and proper relief.

Respectfully Submitted,

WILSON & ASSOCIATES, P.L.L.C.

/s/ *Angela Boyd Mathews*
Angela Boyd Mathews (2008250)
Heather Martin-Herron (2011136)
Kathryn Lachowsky-Khan (2012039)

400 West Capitol Avenue, Suite 1400
Little Rock, AR 72201
(501) 219-9388

Attorneys for Movant

## CERTIFICATE OF SERVICE

On __October 12, 2018__, a copy of the foregoing was served via electronic mail, upon:

David V. Ruff, II
Attorney at Law
1915 Mall Drive
Texarkana, TX 75503

Jack W. Gooding
Trustee
P.O. Box 8202
Little Rock, AR 72221-8202

and sent via first class mail to:

Estell Williams
Debtor(s)
PO BOX 959
Hope, AR 71802

/s/ *Angela Boyd Mathews*
Heather Martin-Herron (2011136)
Kathryn Lachowsky-Khan (2012039)
Angela Boyd Mathews (2008250)

W&A. 106837

2